IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

IN THE MATTER OF THE SEARCH OF:  )  Criminal Case No.: 4:16cr414TER
                                 )
2009 Chevrolet Traverse Bearing North  )
Carolina License Plate EBE1139 and Vin #  )
1GNER23D39S179813                )
                                 )  **ORDER TO SEAL**
                                 )

The Government believes it is necessary to seal the entire case in order to protect the safety of the officers conducting the search and to avoid disruption of the Government's investigation.

Based on the foregoing, the court finds that the interest of justice is best served by filing the entire above captioned case, to include the Search Warrant, Search Warrant Application and Search Warrant Affidavit, under seal. It is therefore,

ORDERED that the entire above-captioned case, to include the Search Warrant, Search Warrant Application, Search Warrant Affidavit and this Order, are filed under seal until further notified by this Court.

AND IT IS SO ORDERED.

May 31, 2016
Florence, SC

Honorable Thomas E. Rogers, III
U.S. MAGISTRATE JUDGE