IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| In the Matter of the Search ) | |
| ) | Case Number: 4:16-cr-00414-TER |
| ) | |
| 2009 Chevrolet Traverse Bearing North ) | |
| Carolina License Plate EBE1139 and ) | |
| Vin # 1GNER23D39S179813 ) | |
| ) | |

## ORDER ON GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT

This matter comes before the Court on motion of the United States to unseal the above-captioned case to include the Search Warrant, Search Warrant Application and Search Warrant Affidavit, which is currently filed under seal. The Government believes that the circumstances necessitating sealing the affidavit have now changed, such that the affidavit should now be unsealed.

Based on the foregoing, the court finds that the interests of justice no longer require that the affidavit attached to the search warrant be sealed. It is therefore,

ORDERED that the above-captioned case, to include the Search Warrant, Search Warrant Application and Search Warrant Affidavit, be unsealed.

AND IT IS SO ORDERED.

                                                  s/Thomas E. Rogers, III
                                                  UNITED STATES MAGISTRATE JUDGE

Florence, SC

August 23, 2016.

I SO MOVE:

BETH DRAKE
ACTING UNITED STATES ATTORNEY


BY:   s/ Christopher D. Taylor
        Christopher D. Taylor
        Assistant U.S. Attorney